[No. 11109-1-III.   Division Three.   July 7, 1992.]

NOEL FOODS, INC., *Appellant*, v. RICHARD R. ARMSTRONG, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-2-01934-4, Stephen M. Brown, J.,

entered September 5, 1990. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Thompson, JJ.